**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

July 24, 2025

**Via ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Henry Gonzalez*, 1:25-MJ-01854

Dear Judge Wang:

We write respectfully to request that Henry Gonzalez be granted permission to attend a marriage license appointment on Monday July 28, 2025, at 11:00 a.m. located at the Bronx City Clerk's Office, 851 Grand Concourse, Bronx, NY 10451. Mr. Gonzalez is on home incarceration at 120 Carver Loop, Bronx, NY. He lives about 30 minutes from the Bronx City Clerk's Office. We expect the appointment should take less than 90 minutes.

Pretrial Services has informed us that it does not object to this request. The Government informed us that it is deferring to Pretrial Services.

Mr. Gonzalez was arrested June 2, 2025, and charged in a complaint dated June 3, 2025, with violations of 21 U.S.C. §§ 812, 841, and 846 and 18 U.S.C. § 924(c)(1)(A)(i) and presented before Judge Figueredo. Mr. Gonzalez was released the same day on a $100,000 personal recognizance bond co-signed by three financially responsible persons. As an additional condition, Mr. Gonzalez is under home incarceration at his mother's home. On June 30, 2025, this Court granted a continuance of the preliminary hearing date until August 1, 2025. Mr. Gonzalez has not yet been indicted.

Mr. Gonzalez needs a marriage license as he intends to wed his long-time girlfriend Yasmine Mercadal who is also the mother of his youngest child. Mr. Gonzalez and Ms. Mercadal have been raising a child together and would like to take the next step of committing themselves to each other through the sanctity of a marriage. The ceremony will take place on August 2, 2025.

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

For these reasons, we respectfully request that this Court permit Mr. Gonzalez to obtain his marriage license with his child's mother on Monday July 28, 2025, at 11:00 a.m. at the Bronx City Clerk's Office, 851 Grand Concourse, Bronx, NY 10451.

Respectfully submitted,

*/s/ Marc Greenwald*

Marc Greenwald

cc:     AUSA Connie Dang via email
        Pretrial Services Officer Francesca Piperato via email

*approved.*

↑

July 25, 2025

2