**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

July 31, 2025

<u>Via ECF</u>

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: 7/31/2025

*[signature: Stewart D. Aaron]*

Re: *United States v. Henry Gonzalez*, 1:25-MJ-01854

Dear Judge Aaron:

We write to respectfully request that Henry Gonzalez be granted permission to attend a hearing on a traffic violation on August 4, 2025, at 1:00 p.m. at the Bronx Traffic Violations Bureau, 696 East Fordham Road, Bronx, NY 10458. Mr. Gonzalez is on home incarceration at 120 Carver Loop, Bronx, NY. He lives about 30 minutes from the Bronx Traffic Violations Bureau. The hearing relates to a traffic violation alleged to have occurred on July 23, 2024, prior to the date of his home incarceration.

Pretrial Services has informed us that it does not object to this request. The Government informed us that it is deferring to Pretrial Services.

This is Mr. Gonzalez's second request for an exception to his home incarceration. Mr. Gonzalez previously requested an exception to attend a July 28, 2025 marriage license appointment and was granted permission by this Court on July 25, 2025. *See* ECF No. 15.

Mr. Gonzalez was arrested June 2, 2025, and charged in a complaint dated June 3, 2025, with violations of 21 U.S.C. §§ 812, 841, and 846 and 18 U.S.C. § 924(c)(1)(A)(i) and presented before Judge Figueredo. Mr. Gonzalez was released the same day on a $100,000 personal recognizance bond co-signed by three financially responsible persons. As an additional condition, Mr. Gonzalez is under home incarceration at his mother's home. On June 30, 2025, this Court granted a continuance of the preliminary hearing date until August 1, 2025. Mr. Gonzalez has not yet been indicted.

Mr. Gonzalez would like to attend the hearing to exercise his rights as afforded under New York law to contest the alleged July 23, 2024 traffic violation. Mr. Gonzalez has pleaded not guilty and would like to attend the hearing to dispute the traffic violation.

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

For these reasons, we respectfully request that this Court permit Mr. Gonzalez to attend the hearing on his traffic violation on Monday August 4, 2025, at 1:00 p.m. at the Bronx Traffic Violations Bureau, 696 East Fordham Road, Bronx, NY 10458.

Respectfully submitted,

*/s/ Marc Greenwald*

Marc Greenwald

cc:     AUSA Connie Dang via email
        Pretrial Services Officer Francesca Piperato via email